David C. Magagna Jr.
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106
Telephone: (215) 592-1500
Email: dmagagna@lfsblaw.com

[Additional Attorneys on Signature Page]

*Attorneys for Plaintiffs and the Proposed Classes*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JORGE L. ORIHUELA and ERIC PFEFFER, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC, *et al.*,<br><br>Defendants. | Case No.: 3:21-cv-16336-ZNQ-LHG<br><br>NOTICE OF VOLUNTARY DISMISSAL |

Notice is hereby given that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs voluntary dismiss without prejudice the above-titled action against Defendants. Because this dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgement, Plaintiffs' dismissal of the Action is effective upon the filing of this notice and is without prejudice.

1

Dated:  September 8, 2021

**SO ORDERED:**
s/Zahid N. Quraishi, U.S.D.J.
Dated: 9/9/2021

**LEVIN SEDRAN  & BERMAN LLP**

By: ___*/s/*___ *David C. Magagna Jr.*___
David C. Magagna Jr., Esq.
Charles E. Schaffer, Esq. (To Be Admitted Pro Hac Vice)
510 Walnut Street, Suite 500
Philadelphia, PA 19106
dmagagna@lfsblaw.com
cschaffer@lfsblaw.com

Jason P. Sultzer, Esq. (To Be Admitted Pro Hac Vice)
Joseph Lipari, Esq.
Daniel Markowitz, Esq. (To Be Admitted Pro Hac Vice)
Benjamin Zakarin, Esq.
THE SULTZER LAW GROUP P.C.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Tel: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com
liparij@thesultzerlawgroup.com
markowitzd@thesultzerlawgroup.com
zakarinb@thesultzerlawgroup.com

*Counsel for Plaintiff and the Class*